██ PEOPLE, Respondent, v JAHAAN McDUFFIE, Appellant.—
Motion to dismiss appeal as waived denied *(see, People v
Callahan,* 80 NY2d 273). Present—Callahan, J. P., Boomer,
Green, Lawton and Davis, JJ.